ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/11/2015 11:53:49 AM
KEITH HOTTLE
CLERK



**ROGERS & MOORE, PLLC**

*Attorneys & Counselors at Law*

Kelly P. Rogers
*kelly@rogersmoorelaw.com*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

5/11/2015 11:53:49 AM

KEITH E. HOTTLE
Clerk

May 11, 2015

Cindy Huggins
Court Reporter
170 Stumberg Point Rd. W
Hunt, TX 78024

     Re:   *Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, and Butch Townsend v. John A. Lance and Debra L. Lance,* CV-12-209, 216ᵗʰ District Court, Bandera TX

Dear Cindy:

     Please prepare a certified copy of the reporter's record for the May 28, 2013 hearing held in the above-referenced case.

     Please file the reporter's record in the Fourth Court of Appeals, Cause No. 04-14-00754-CV. Also, please let us know your fee for preparing and filing the reporter's record.

     Thank you for your assistance and please let me know if you have any questions.

                  Sincerely,

                  *Kelly Rogers w/permission djr*

                  Kelly P. Rogers

KPR/djr
cc: Dan Pozza
     Ed Hecker
     Cynthia Cox Payne
     Fourth Court of Appeals